[No. 20199-6-III.   Division Three.   September 5, 2002.]

*In the Matter of the Marriage of* CYNTHIA ROYAL COCHRAN WYNN, *Respondent,* and PARDNER N.M. WYNN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 98-3-01078-7, Ellen K. Clark, J., entered May 14, 2001. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 20262-3-III.   Division Three.   September 5, 2002.]

THE STATE OF WASHINGTON, *Respondent,* v. BRITT A. EIDSVOOG, *Appellant.*

Appeal from a judgment of the Superior Court for Douglas County, No. 98-1-00046-9, John Hotchkiss, J., entered June 4, 2001. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kato, J.

[No. 27763-8-II.   Division Two.   September 6, 2002.]

ALEX G. DIXON, RESPONDENT, v. SAFECO INSURANCE COMPANY OF AMERICA, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-2-01545-4, Stephen M. Warning and James J. Stonier, JJ., entered August 22, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Morgan, J.